# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157430

MARY WIEGAND, Personal Representative of
the Estate of KEITH WIEGAND,
      Plaintiff-Appellant,

v

HIROSHI YAMASAKI, M.D., EASTSIDE
CARDIOVASCULAR MEDICINE, PC, KISHAN
K. JASTI, M.D., and OSAMA N. NUNU, M.D.,
      Defendants,

and

ST. JOHN HOSPITAL AND MEDICAL CENTER,
      Defendant-Appellee.

_____/

SC: 157430
COA: 334598
Macomb CC: 2014-002700-NH

      On order of the Court, the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

d0927